THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

DOUGLAS A. HAYDEL (SBN 42859)
**HAYDEL & ORNELLAS**
3350 Deer Park Drive, Suite A
Stockton, CA 95219
Telephone:   (209) 956-5900
Facsimile:   (209) 956-8175

Attorneys for Plaintiff
J. GARY KERNS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| J. GARY KERNS,<br><br>                    Plaintiff,<br><br>       v.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. 08-CV-2016-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR EXPERT WITNESS DISCLOSURES** |

1  The parties to the above-entitled action, plaintiff J. Gary Kerns ("plaintiff") and defendant
2  The Northwestern Mutual Life Insurance Company ("Northwestern") by and through their
3  respective attorneys of record, jointly request that the deadlines for initial expert witness disclosure
4  and rebuttal expert disclosure be continued based on the following:
5  The dates presently set for expert and rebuttal expert disclosures are August 7, 2009 and
6  September 8, 2009. The discovery completion date in this matter is January 8, 2010. The parties
7  anticipate experts will need to consider or rely upon discovery which will occur after the dates
8  presently set for expert disclosures. The requested continuance will promote efficiency, and will
9  not impact other dates including discovery completion, pretrial conference (May 3, 2010) or trial
10  (August 3, 2010).
11  Therefore, the parties respectfully request that the court approve this stipulation and
12  continue the expert disclosure dates as follows:

- Initial expert witness disclosure on or before October 9, 2009
- Rebuttal expert disclosure on or before November 10, 2009.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: June __, 2009      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: _____
    THOMAS M. HERLIHY
    JOHN T. BURNITE
    Attorneys for Defendant
    THE NORTHWESTERN MUTUAL LIFE INSURANCE
    COMPANY


Dated: June __, 2009      HAYDEL & ORNELLAS


By: _____
    DOUGLAS A. HAYDEL
    Attorneys for Plaintiff
    J. GARY KERNS

1
STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR EXPERT WITNESS DISCLOSURES
Case No.: 08-CV-2016-GEB-KJM

451595.1

**ORDER**

Having considered the Stipulation of the parties, it is hereby ordered that the expert disclosure dates are changed as follows: initial expert witness disclosure shall be made on or before October 9, 2009, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before November 10, 2009.

DATED:  June 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge