1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   J. GARY KERNS,                    )
                                      )
10              Plaintiff,            )    2:08-cv-02016-GEB-KJM
                                      )
11        v.                          )    ORDER GRANTING PLAINTIFF'S
                                      )    MOTION TO AMEND FINAL
12   THE NORTHWESTERN MUTUAL LIFE     )    PRETRIAL ORDER*
     INSURANCE COMPANY,               )
13                                    )
                Defendant.            )
14   ─────────────────────────────── )

15          Plaintiff moves to amend the final pretrial order to add

16   Doctor Leroi B. Gardner as trial witness.  Plaintiff failed to

17   include Dr. Gardner as a witness in the parties' joint pretrial

18   statement filed on June 21, 2010.  The list of witnesses in the joint

19   pretrial statement was incorporated into the final pretrial order,

20   which was filed on June 25, 2010.  Trial was originally scheduled to

21   commence on August 3, 2010; however, in an minute order filed July 16,

22   2010 trial was rescheduled to commence on November 16, 2010, "[d]ue to

23   conflicts in the court's trial calendar."  (Docket No. 48.)  Defendant

24   opposes Plaintiff's motion, arguing it "reasonably and justifiably

25   relied on [P]laintiff's witness and exhibit list to prepare for

26   trial."  (Opp'n 5:7-8.)

27   ─────────────────────

28          *    This matter is deemed suitable for decision without oral
     argument.  E.D. Cal. R. 230(g).

                                    1

1    A final pretrial order may be modified under Federal Rule of

2  Civil Procedure 16(e) "to prevent manifest injustice." Factors

3  considered under this standard include: "(1) the degree of prejudice

4  or surprise to the defendants if the order is modified; (2) the

5  ability of the defendants to cure the prejudice; (3) any impact of

6  modification on the orderly and efficient conduct of the trial; and

7  (4) any willfulness or bad faith by the party seeking modification."

8  Galdamez v. Potter, 415 F.3d 1015, 1020 (9th Cir. 2005).

9    These factors favor granting Plaintiff's motion.  Plaintiff

10  disclosed Dr. Gardner as an expert witness on October 9, 2009;

11  Defendant deposed Dr. Gardner on February 4, 2010; and Plaintiff

12  attached a declaration of Dr. Gardner in support of its opposition to

13  Defendant's summary judgment motion.  (Haydel Decl. ¶¶ 3-5.) Further,

14  since the trial commencement date has been continued Defendant has

15  additional time to prepare for what it anticipates will be Dr.

16  Gardner's trial testimony, and to take whatever action it considers

17  necessary under the final pretrial order.  Therefore, Plaintiff's

18  motion to amend the final pretrial order to include Dr. Gardner as a

19  witness is GRANTED.

20  Dated:  August 23, 2010

21

22                              _____
                                GARLAND E. BURRELL, JR.
23                              United States District Judge

24

25

26

27

28